UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GEORGE SIMS,

      Plaintiff,

v.                                                                     Case No. 6:20-cv-1757-RBD-DCI

WASTE PRO USA, INC.; and WASTE
PRO OF GEORGIA, INC.,

      Defendants.

---

Plaintiff sued Defendants for failure to pay overtime wages under the Fair Labor Standards Act ("**FLSA**"). (Doc. 1.) The parties moved for approval of their FLSA settlement agreement under *Lynn's Food Stores, Inc. v. United States ex rel. United States Department of Labor*, 679 F.2d 1350, 1355 (11th Cir. 1982). (Doc. 14 ("**Motion**"); Doc. 14-1 ("**Agreement**").) On referral, U.S. Magistrate Judge Daniel C. Irick recommends granting the Motion and approving the Agreement, finding it fair and reasonable. (Doc. 15 ("**R&R**").)

The parties did not object to the R&R and the time for doing so has now passed. So the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is adopted in its entirety.

-1-

It is **ORDERED AND ADJUDGED**:

1.  U.S. Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 15) is **ADOPTED**, **CONFIRMED**, and made a part of this Order.

2.  The parties' Joint Motion for Approval of Settlement and Dismissal With Prejudice (Doc. 14) is **GRANTED.**

3.  The parties' Settlement Agreement and Release (Doc. 14-1) is **APPROVED**.

4.  This case is **DISMISSED WITH PREJUDICE.**

5.  The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 10, 2021.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record